# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128248

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CLAYTON W. COBURN,
          Plaintiff-Appellee,

v

SC: 128248
COA: 257906
WCAC: 03-000294

RICHFIELD INDUSTRIES, and
TRAVELERS INSURANCE COMPANY,
          Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the February 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

                              Clerk

l0919